PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2019

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Mosier, Jr., Johnnie Troy | Docket No. | 2:19CR00092-RHW-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Johnnie Troy Mosier Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Johnnie Troy Mosier, Jr., is alleged to have tested positive for the presence of methamphetamine on July 22, 2019.

On July 22, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mosier. He acknowledged an understanding of the conditions, which included standard condition #9.

On July 22, 2019, Mr. Mosier reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for the presence of methamphetamine. Mr. Mosier denied using methamphetamine at that time. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

On July 28, 2019, Alere confirmed Mr. Mosier's urine specimen, collected on July 22, 2019, tested positive for the presence of methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 31, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Mosier, Jr., Johnnie Troy**
**July 31, 2019**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 31, 2019
_____
Date